BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2936

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 09-124 DAD |
| Plaintiff, | PROBATION REVOCATION PETITION, NOTICE OF HEARING and [~~PROPOSED~~] ORDER |
| v. | |
| RODNEY LEE, | DATE: April 27, 2010 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

On August 11, 2009, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Dale A. Drozd:

    1.    The defendant shall serve a one-year term of court probation, subject to the following terms:

        a.    The defendant shall perform 120 hours of community service.

        b.    The defendant shall provide written notice to the court and government of where and what community service the defendant will be performing.

        c.    The defendant shall complete half of his

1

community service six months from the date of sentencing (January 26, 2010).

At the January 26, 2010, Status Conference, defendant failed to provide the Government with proof of where he was performing his community service and how many hours of community service he had completed. The defendant requested three additional months to complete his community service obligation. The Court ordered defendant to complete 60 hours of community service by April 27, 2010. Additionally, the Court again ordered defendant to provide proof of how much community service defendant has completed and where it was completed at least 10 days before the status conference on April 27, 2010. As per the Court's Judgment on July 28, 2009, such notice must be made in writing. To date, the only information conveyed to the Government is that defendant is working with the Girl Scouts of America in the "Parks and Rec" district and has completed 25 hours of service. The Government has repeatedly contacted defense counsel for proof that defendant is performing his community service and for contact information in order to verify compliance with the Court's order. Such efforts have been fruitless.

The United States alleges that the defendant has violated these conditions as follows:

1. The defendant has not provided the government with proof of any community service hours.
2. The defendant has not provided the government with notice of where he is performing his community service.

///

Currently the matter is scheduled for a status conference on April 27, 2010, at 10:00 a.m.  The United States therefore petitions the Court to add this matter on its calendar for a probation revocation hearing to allow the defendant to show cause why the probation granted on August 11, 2009, should not be revoked.

All of the above has been related to me by Matthew P. De Moura. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: April 21, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

[PROPOSED] ORDER

It is Hereby Ordered that the defendant appear on April 27, 2010, to show cause why the probation granted on August 11, 2009, should not be revoked.

IT IS SO ORDERED.

Dated: April 21, 2010

_____
Hon. DALE A. DROZD
United States Magistrate Judge

3