FILED
November 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                    Plaintiff,              )<br>v.                                                          )<br>                                                              )<br>RODNEY S. LEE,                             )<br>                                                              )<br>                    Defendant.          ) | Case No. 2:09MJ00124-DAD-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  RODNEY S. LEE , Case No.  2:09MJ00124-DAD-1 , Charge  Probation Violation , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     __ Bail Posted in the Sum of $_____

     __ Unsecured Appearance Bond

     __ Appearance Bond with 10% Deposit

     __ Appearance Bond with Surety

     __ Corporate Surety Bail Bond

     ✔ (Other)    Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 15, 2010  at  2:00 pm .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court